UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 JUN 26 AM 9:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>FRANCISCO VEGA-HERNANDEZ,<br><br>               Defendant. | CASE NO. 07CR0755-LAB<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8:1326(a) and (b) - Deported Alien Found in the United States.__

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/18/07

                                          /s/ Larry A. Burns
                                          LARRY ALAN BURNS
                                          UNITED STATES DISTRICT JUDGE

                                          ENTERED ON _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07CR755-LAB |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Francisco Vega-Hernandez | ) | Booking No. 1216311 2 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6/18/07** the Court entered the following order:

____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____ Defendant released on $_____ bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:

_____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

✓ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ Other. **DO NOT Release pending case 07CR1370-LAB**

**Larry A. Burns**
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT
OR
W. SAMUEL HAMRICK, JR.   Clerk
by *Tisha Washam*
Deputy Clerk

Received _____
          DUSM

Crim-9   (Rev 6-95)                                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY